In the Matter of the Claim of Eva G. Goddard, Respondent, against Taylor Instrument Company and Another, Appellants. State Industrial Board, Respondent.— Motion to dismiss appeal denied upon the stipulation made in open court by the employer and insurance carrier that if the filing of a claim in Ohio is made necessary through the decision of this court, that the question of jurisdiction of the Industrial Board of Ohio will not be raised by reason of the failure of the claimant, respondent, to file a claim within two years in the State of Ohio. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of Margaret Regan Merrill, Appellant, against Skenandoah Rayon Corporation and Others, Respondents. State Industrial Board, Respondent.— Motion to amend record denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of Harry Rich, Respondent, against American Radiator Company and Another, Appellants. State Industrial Board, Respondent.— Motion for reargument denied. Motions for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of Katarzyna Zmuda, Respondent, against Delaware, Lackawanna and Western Railroad Company, Appellant. State Industrial Board, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of Josef Tiskavage, Respondent, against Tifft Construction Company and Another, Appellants. State Industrial Board, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of Frieda Knorr, Appellant, against General Baking Company and Another, Respondents. State Industrial Board, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of Nan Woods Theyken, Appellant, against Diplomat Products, Inc., and Another, Respondents. State Industrial Board, Respondent.— Motion to resettle decision and order denied, with ten dollars costs to the claimant against the employer and the insurance carrier. Motion for leave to appeal to the Court of Appeals denied. Hill, P. J., Rhodes, McNamee and Crapser, JJ., concur; Bliss, J., concurs in decision denying motion to resettle, but dissents to decision denying motion for leave to appeal.

In the Matter of the Claim of Nan Woods Theyken, Appellant, against Diplomat Products, Inc., and Another, Respondents. State Industrial Board, Respondent.— Motion to amend decision and order [243 App. Div. 822] by allowing costs to claimant granted. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of Josephine Sievers, Respondent, against Reich Brothers Motor Freight, Inc., and Another, Appellants. State Industrial Board, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.